IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

_____

Jane Doe,

Plaintiff

                          AGENCY FILE No. A 221 129 917

                          Case No. **3:25-cv-616**

v.                **PLAINTIFF'S COMPLAINT FOR CIVIL RELIEF UNDER 18 U.S.C. § 1595**

ARNOL LAZARO LOPEZ LEGUINA.

Defendant.

_____

## I. INTRODUCTION

1. This is an action brought by a survivor of human trafficking under 18 U.S.C. § 1595. Plaintiff was trafficked into the U.S. as a minor child in 2022 and held in captivity until her captor's arrest in June of 2025, this year.

2. Defendant, Arnol Lazaro Lopez Leguina along with any other potentially unknown agents or co-conspirators, did engage in a forced labor and sex trafficking venture against Plaintiff.

## II. JURISDICTION AND VENUE

3. This court has jurisdiction under 18 U.S.C. § 1595, and venue is proper as relevant acts occurred in this district.

## III. FACTS

3. Defendant, Mr. Lazaro Leguina, was detained along with Plaintiff in June of 2025 when law enforcement executed a warrant for his arrest at his address in El Paso Texas, where she forcibly resided.
4. Mr. Lazaro Lopez Leguina remains detained at NMCD on trafficking-related charges.
5. Plaintiff is working with both Homeland Security Investigations and Mr. Mark Saltman, U.S. Attorney prosecuting her former captor, Mr. Lopez Leguina, to ensure maximum possible punishment and assist with her trafficking visa claim before USCIS.
6. Plaintiff was subjected to forced labor and romantic partnership, working several hours a day for no wage and not being permitted to lead a normal life outside of Mr. Lopez Leguina's direct orders and supervision.
7. Defendant was the direct perpetrator of this trafficking scheme.

## IV. CLAIMS FOR RELIEF

### COUNT I: Violation of 18 U.S.C. § 1595(a) – Civil Remedy

7. Defendant engaged in and profited from a forced labor venture in violation of 18 U.S.C. § 1589 and § 1595(a).

8. As a result, Plaintiff suffered emotional distress, physical harm, and economic, as well as legal damages.

## V. PRAYER FOR RELIEF

Plaintiff requests the court to:

a. Award compensatory damages.

b. Award punitive damages.

c. Award reasonable attorneys' fees.

d. Order any other relief that the court deems proper (including that which relates to the prosecution of the Plaintiff/victim under 18 USC 1028 (a)(4) & (b)(5) & (b)(6)).

        Respectfully Submitted,

        /s/ Lauren O'Neal

        Lauren O'Neal, Esq.

        Virginia State Bar No.: 91662

## VERIFICATION PURSUANT TO 18 U.S.C. § 1595

I represent Plaintiff, Jane Doe, and submit this verification on her behalf. I hereby verify that the factual statements made in the foregoing Complaint under the **Trafficking Victims Protection Act of 2000 (TVPA)**, are true and correct to the best of my knowledge and understanding.

Dated this 4th day of December, 2025.

        /s/ Lauren O'Neal

        Lauren O'Neal, Esq.

        Virginia State Bar No.: 91662